

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00346-CV

**RIO GRANDE CITY CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**CITY OF RIO GRANDE**, Joel Villarreal-Mayor, Arcadio J. Salinas III-Comm. Place 1, Rey Ramirez-Comm. Place 2, Hernan R. Garza III-Comm. Place 3 and Dave Jones-Comm. Place 4 and Dave Jones-Comm. Place 4,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-15-631
Honorable J. Manuel Banales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the portion of the trial court's judgment disposing of the Rio Grande City Consolidated Independent School District's unconstitutional taking claim against the City of Rio Grande is REVERSED, and this case is REMANDED to the trial court for further proceedings consistent with our opinion. The remainder of the judgment is AFFIRMED. Costs of appeal are taxed against the party incurring same.

SIGNED June 27, 2018.

_Karen Angelini_
Karen Angelini, Justice